IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 21 CR 107 JDP |
| JAMES MCGOWAN, JR., | 18 U.S.C. § 922(g)(1) |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT 1

On or about September 20, 2021, in the Western District of Wisconsin, the defendant,

JAMES MCGOWAN, JR.,

knowing he had previously been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed in or affecting commerce a loaded Springfield Armory Hellcat 9mm handgun, said firearm having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

A TRUE BILL

PRESIDING JUROR

Indictment returned: 10/13/21

TIMOTHY M. O'SHEA
Acting United States Attorney